# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

| | | | |
|---|---|---|---|
| In Re: | CHRISTOPHER B. DIXON | | Case Number: 06-71085 |
| | 2645 BLUFFSIDE DR. | SSN-xxx-xx-6127 | |
| | ROCKFORD, IL  61109 | | |

Case filed on:  6/22/2006
Plan Confirmed on:  2/7/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,182.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,473.36 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,473.36 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 16,330.89 | 6,095.68 | 0.00 | 0.00 |
| 010 | ERICA HUBBARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 16,330.89 | 6,095.68 | 0.00 | 0.00 |
| 999 | CHRISTOPHER B. DIXON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | TRIAD FINANCIAL | 0.00 | 528.00 | 528.00 | 0.00 |
| | Total Secured | 0.00 | 528.00 | 528.00 | 0.00 |
| 002 | TRIAD FINANCIAL | 2,078.79 | 2,078.79 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 10,235.21 | 0.00 | 0.00 |
| 004 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DAVID A. VARLAND DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HEIGHTS FINANCE | 964.48 | 964.48 | 0.00 | 0.00 |
| 008 | NICOR GAS | 900.32 | 900.32 | 0.00 | 0.00 |
| 009 | ROCK RIVER WATER RECLAMATION | 173.77 | 173.77 | 0.00 | 0.00 |
| | Total Unsecured | 4,117.36 | 14,352.57 | 0.00 | 0.00 |
| | Grand Total: | 23,148.25 | 23,676.25 | 3,001.36 | 0.00 |

Total Paid Claimant:         $3,001.36
Trustee Allowance:           $180.64            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

     /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008            By  /s/Heather M. Fagan